United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   CHRISTOPHER T. JACKSON,                    No. C 12-06020 YGR (PR)
12              Plaintiff,                       **ORDER GRANTING DEFENDANTS'
                                                 MOTION TO STAY DISCOVERY**
13       v.
14   D. BRIGHT, et al.,
15              Defendants.
                                          /
16
17          This Court, having considered Defendants' Motion to Stay Discovery, together with papers
18   filed, and good cause appearing,
19          IT IS ORDERED that discovery in this matter is stayed pending resolution of Defendants'
20   Motion to Dismiss, in which they claim that Plaintiff did not properly exhaust his administrative
21   remedies and that they are entitled to qualified immunity as a matter of law.  Plaintiff may move to
22   partially lift the stay if he can show that the discovery he seeks is relevant to the issue of qualified
23   immunity.
24          This Order terminates Docket No. 31.
25          IT IS SO ORDERED.
26   DATED: _____      _____
27                                                YVONNE GONZALEZ ROGERS
                                                  UNITED STATES DISTRICT COURT JUDGE
28

G:\PRO-SE\YGR\CR.12\Jackson6020.grantSTAYdiscovery.frm