**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER T. JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>D. BRIGHT, et al.,<br><br>        Defendants.<br>                                          / | No. C 12-06020 YGR (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S PENDING MOTIONS** |

     Before the Court are Plaintiff's motion for default judgment, "Motion for Order Compelling Defendants to Answer All Discovery Requests/Request for Injunction to be Answered," motion for leave to file a supplemental complaint, and "Motion to Lift Stay on Discovery and Motion to Have Plaintiff's Supplemental Complaint Screened" (Docket Nos. 21, 30, 34, 41).  No later than **fourteen (14) days** of the date of this Order, Defendants shall file a response to Plaintiff's aforementioned motions.  Plaintiff may file a reply within **fourteen (14) days** after being served with the response.  The motions will be deemed submitted and ready for decision at that time.

     IT IS SO ORDERED.

DATED:  January 24, 2014

                                                         YVONNE GONZALEZ ROGERS
                                                         UNITED STATES DISTRICT COURT JUDGE