IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER T. JACKSON,

    Plaintiff,

v.

D. BRIGHT, et al.,

    Defendants.

No. C 12-06020 YGR (PR)

**ORDER VACATING AND RECALLING ORDER TO SHOW CAUSE**

In light of the Response to the Court's Order to Show Cause filed by Defendants' attorney, Trace O. Maiorino (Dkt. No. 57), the Order to Show Cause regarding sanctions, currently set for hearing on April 25, 2014, is VACATED and RECALLED. No sanctions will be imposed.

IT IS SO ORDERED.

DATED: April 24, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

P:\PRO-SE\YGR\CR.12\Jackson6020.vacateOSC.wpd