IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER T. JACKSON,** | C 12 6020 YGR (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DISPOSITIVE MOTION** |
| v. | |
| **D. BRIGHT, et al.,** | |
| Defendants. | |

   Defendants Delgado, Ellis, and Fernandez (Defendants) moved this Court for a one-week extension of time to file a reply to Plaintiff Christopher Jackson's opposition to Defendants' motion for summary judgment, up to and including May 22, 2014. After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Absent further order, the motion will be deemed submitted as of the date the reply brief is due without a hearing.

Dated: May 13, 2014

YVONNE GONZALEZ ROGERS
United States District Judge

1

P:\PRO-SE\YGR\CR.12\Jackson6020.grantEOT-reply.doc